# New Era Life Association's Appeal.

**Denial of motion to dissolve preliminary injunction held error.**

(Decided November 2, 1885.)

From a decree of the Common Pleas, No. 3, of Philadelphia County. Reversed.

*William H. Browne* for appellant.

*Ellis, Ames, Ballard,* and *George Tucker Bispham* for appellees.

PER CURIAM:

Under the evidence before the court, we think it erred in continuing this preliminary injunction, and in refusing the motion to dissolve the same.

---

NOTE.—See note to Lebanon Mut. Ins. Co. v. Erb, *ante,* 181.

Decree reversed at the costs of the appellees, and the preliminary injunction dissolved.